**Helga M. GLOCK, Plaintiff-Appellant,**

v.

**Gaston GLOCK, Sr., Glock Ges.m.b.H., Glock, Inc., Glock America S.A., Glock (H.K.) Ltd., Peter S. Manown, et al., Defendants-Appellees.**

No. 17-11563

United States Court of Appeals, Eleventh Circuit.

(March 9, 2018)

* Honorable Richard W. Goldberg, Judge for the United States Court of International Trade, sitting by designation.

·John Da Grosa Smith, Kristina M. Jones, Smith, LLC, Atlanta, GA, for Plaintiff-Appellant

John E. Floyd, Amanda Kay Seals Bersinger, Ronan Doherty, Tiana S. Mykkeltvedt, Bondurant Mixson & Elmore, LLP, Atlanta, GA, for Defendants-Appellees Gaston Glock, Sr., Glock Ges.m.b.H.

John E. Floyd, Ronan Doherty, Tiana S. Mykkeltvedt, Bondurant Mixson & Elmore, LLP, Atlanta, GA, for Defendants-Appellees Glock, Inc., Glock (H.K.) Ltd.

Ronan Doherty, Tiana S. Mykkeltvedt, Bondurant Mixson & Elmore, LLP, Atlanta, GA, for Defendant-Appellee Glock America S.A.

Christopher Evan Parker, Michael Paul Kohler, Miller & Martin, PLLC, Atlanta, GA, for Defendant-Appellee Hubert William

Peter S. Manown, Pro Se

PER CURIAM:

Before WILLIAM PRYOR and JULIE CARNES, Circuit Judges, and ANTOON,* District Judge.

We affirm the well-reasoned decision of the district court.